IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MICHAEL A. HARRELL,<br>    Plaintiff | :<br>:<br>: |
| v. | : CIVIL NO. 1:10-CV-663 |
| WARDEN THOMAS DURAN, *et al.*,<br>    Defendants | :<br>:<br>: |

*O R D E R*

AND NOW, this 24th day of February, 2012, upon consideration of the Report and Recommendation ("R&R") of Magistrate Judge Mannion (Doc. 50), to which no objections have been filed, and upon independent review of the record, the court finds no error in the R&R and concludes that the R&R should be adopted. Accordingly, it is ORDERED that:

1. The R&R (Doc. 50) is adopted.

2. Defendants' motion for summary judgment (Doc. 32) is GRANTED. The Clerk of Court shall enter judgment in favor of Defendants and against Plaintiff.

3. The Clerk of Court shall close this file.

  /s/ William W. Caldwell
  William W. Caldwell
  United States District Judge